In the Matter of the Application of ANN BRUCE, Respondent. HAROLD ATKINS et al., Appellants.

Argued December 6, 1945; decided January 18, 1946.

*Vincent Tese, William J. Cahill, Raymond Tese* and *Bernard J. McCoy* for appellant.

*Abraham Streifer* for respondents.

Order affirmed, without costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, THACHER, DYE and MEDALIE, JJ.